GIBSON, DUNN & CRUTCHER LLP
KATHERINE V.A. SMITH, SBN 247866
    ksmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

GEORGE B. ADAMS III, SBN 321904
    gadams@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, California 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

Attorneys for Defendants
PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY,
INC., THEOREM PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGH EDMUNDSON, an individual,<br><br>        Plaintiff,<br><br>     v.<br><br>PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY, INC., THEOREM PARTNERS, LLC, and DOES 1-100,<br><br>        Defendants. | CASE NO. 3:25-cv-06029<br><br>**DECLARATION OF KATHERINE V.A. SMITH IN SUPPORT OF NOTICE OF REMOVAL**<br><br>(Originally filed in the Superior Court in and for the County of San Mateo, Case No. 25-CIV-04254) |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF KATHERINE V.A. SMITH IN SUPPORT OF NOTICE OF REMOVAL
CASE NO. 3:25-cv-06029

I, Katherine V.A. Smith, declare as follows:

1. I am an attorney admitted to practice law before this Court and all of the Courts of the State of California. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants Pagaya Technologies Ltd. ("Pagaya"), Theorem Technology, Inc., and Theorem Partners, LLC (together with Theorem Technology, Inc., "Theorem," and with Pagaya, "Defendants") in the above-captioned action. I offer this declaration in support of Defendants' Notice of Removal of the instant action from the California Superior Court in and for the County of San Mateo, to the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this declaration and, if called to testify, I could and would competently testify to them.

2. In accordance with 28 U.S.C. § 1446(a), Exhibits A through G to this declaration include "all process, pleadings and orders" relevant to this action.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Summons filed by Plaintiff Hugh Edmundson ("Plaintiff") in the Superior Court in and for the County of San Mateo on June 4, 2025 and served on Defendants on June 17, 2025.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Complaint filed by Plaintiff in the Superior Court in and for the County of San Mateo on June 4, 2025 and served on Defendants on June 17, 2025.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Civil Case Cover Sheet filed by Plaintiff in the Superior Court in and for the County of San Mateo on June 4, 2025.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Notice of Assignment and Case Management Conference dated June 4, 2025.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Notice and Acknowledgement of Service on Pagaya dated June 17, 2025.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Notice and Acknowledgement of Service on Theorem Technology, Inc. dated June 17, 2025.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Notice and Acknowledgement of Service on Theorem Partners, LLC dated June 17, 2025.

Gibson, Dunn & Crutcher LLP

DECLARATION OF KATHERINE V.A. SMITH IN SUPPORT OF NOTICE OF REMOVAL
CASE NO. 3:25-cv-06029

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California, on this 17th day of July 2025.

/s/ Katherine V.A. Smith
Katherine V.A. Smith

Gibson, Dunn & Crutcher LLP

DECLARATION OF KATHERINE V.A. SMITH IN SUPPORT OF NOTICE OF REMOVAL
CASE NO. 3:25-cv-06029