# EXHIBIT E

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY:          STATE BAR NO: 142046 | FOR COURT USE ONLY |
|---|---|
| NAME: Diane Doolittle<br>FIRM NAME: Quinn Emanuel Urquhart & Sullivan LLP<br>STREET ADDRESS: 555 Twin Dolphin Dr.<br>CITY: Redwood Shores          STATE: CA      ZIP CODE: 94065<br>TELEPHONE NO.: (650) 801-5000      FAX NO. : (650) 801-5100<br>E-MAIL ADDRESS: dianedoolittle@quinnemanuel.com<br>ATTORNEY FOR (Name): Hugh Edmundson | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN MATEO
 STREET ADDRESS: Hall of Justice, 400 County Center, 1st Floor
 MAILING ADDRESS: 400 County Center, 1st Floor
CITY AND ZIP CODE: Redwood City, CA 94063
    BRANCH NAME: Southern Branch: Hall of Justice and Records

Plaintiff/Petitioner: Hugh Edmundson

Defendant/Respondent: Pagaya Techs. Ltd., Theorem Tech. Inc., Theorem Partners LLC

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>25-CIV-04254 |
|---|---|

TO *(insert name of party being served):* Pagaya Technologies Ltd.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 6/10/2025

Diane Doolittle
(TYPE OR PRINT NAME)                    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [ x ] A copy of the summons and of the complaint.
2. [ x ] Other *(specify):*
     Civil cover sheet

*(To be completed by recipient):*

Date this form is signed: 6/17/2025

Katherine V.A. Smith on behalf of Pagaya Technologies Ltd.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,      (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]      **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**      Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**