GIBSON, DUNN & CRUTCHER LLP
KATHERINE V.A. SMITH, SBN 247866
    ksmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

GEORGE B. ADAMS III, SBN 321904
    gadams@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, California 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

Attorneys for Defendants
PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY,
INC., THEOREM PARTNERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGH EDMUNDSON, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY, INC., THEOREM PARTNERS, LLC, and DOES 1-100,<br><br>        Defendants. | CASE NO. 3:25-cv-06029<br><br>**DECLARATION OF NATALIE WILMORE IN SUPPORT OF NOTICE OF REMOVAL**<br><br>(Originally filed in the Superior Court in and for the County of San Mateo, Case No. 25-CIV-04254) |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF NATALIE WILMORE IN SUPPORT OF NOTICE OF REMOVAL

I, Natalie Wilmore, declare as follows:

1.    I am the Deputy General Counsel & Corporate Secretary at Pagaya Technologies Ltd. ("Pagaya"). In this position, I have access to the business records and data in this declaration. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.    Pagaya is incorporated in Israel.

3.    Pagaya has its principal place of business in New York, New York. Pagaya's headquarters is located in New York. Pagaya directs, controls, and manages its business from that headquarters. Key executives of Pagaya are also based in New York, including its Chief Executive Officer, Gal Krubiner.

4.    Theorem Technology, Inc. is incorporated in Delaware.

5.    Theorem Technology, Inc. has its principal place of business in New York, New York. Theorem Technology, Inc.'s headquarters is located in New York. Theorem Technology, Inc. directs, controls, and manages its business from that headquarters. Key executives of Theorem Technology, Inc. are also based in New York, including its Chief Executive Officer, Gal Krubiner.

6.    Theorem Technology, Inc. is the sole member and owner of Theorem Partners, LLC.

7.    The foregoing was and is true as of June 4, 2025 through today.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at 1:46 p.m., eastern time, on this 16th day of July 2025.

_____
Natalie Wilmore

Gibson, Dunn &
Crutcher LLP

2

DECLARATION OF NATALIE WILMORE IN SUPPORT OF NOTICE OF REMOVAL