GIBSON, DUNN & CRUTCHER LLP
KATHERINE V.A. SMITH, SBN 247866
    ksmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7520

GEORGE B. ADAMS III, SBN 321904
gadams@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, California 94111-3715
Telephone:     415.393.8200
Facsimile:     415.393.8306

Attorneys for Defendants
PAGAYA TECHNOLOGIES LTD., THEOREM
TECHNOLOGY, INC., THEOREM PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGH EDMUNDSON, an individual,<br><br>        Plaintiff,<br><br>      v.<br><br>PAGAYA TECHNOLOGIES LTD.,<br>THEOREM TECHNOLOGY, INC.,<br>THEOREM PARTNERS, LLC, and DOES 1-100,<br><br>        Defendants. | CASE NO. 3:25-cv-06029<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>(Originally filed in the Superior Court in and for the County of San Mateo, Case No. 25-CIV-04254) |

Pursuant to Local Rule 3-15 and Federal Rule of Civil Procedure 7.1, Defendants Pagaya Technologies Ltd., Theorem Technology, Inc., and Theorem Partners, LLC hereby make the following disclosures:

1.     Pagaya Technologies Ltd. ("Pagaya") is a publicly traded company.

2.     Pagaya is an Israel corporation with its principal place of business in New York, New York.

3.     Pagaya does not have a parent company, and no publicly held corporation owns 10% or more of Pagaya's stock.

4.     Theorem Technology, Inc. is a wholly owned subsidiary of Pagaya US Holding Company LLC, a Delaware limited liability company which is a wholly owned subsidiary of Pagaya.

5.     Theorem Technology, Inc. is a Delaware corporation with its principal place of business in New York, New York.

6.     Theorem Technology, Inc. is the sole member and owner of Theorem Partners, LLC.

7.     Defendants are unaware of any other corporation, unincorporated association, partnership, or business entity not a party to this case that, as a result of Defendants' status as parties to this case, has a financial interest in the outcome of this case.

DATED: July 17, 2025                    Respectfully submitted,

                                        GIBSON, DUNN & CRUTCHER LLP


                                        By:  /s/ Katherine V.A. Smith
                                             Katherine V.A. Smith

                                        Attorneys for Defendants PAGAYA
                                        TECHNOLOGIES LTD., THEOREM
                                        TECHNOLOGY, INC., THEOREM
                                        PARTNERS, LLC

2

Gibson, Dunn &
Crutcher LLP