UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUGH EDMUNDSON,

Plaintiff,

v.

PAGAYA TECHNOLOGIES LTD., et al.,

Defendants.

Case No.  25-cv-06029-JSC

**CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 8

TO ALL PARTIES AND COUNSEL OF RECORD:

This action was reassigned to Judge Jacqueline Scott Corley for all-purposes. Please take notice that the initial case management conference is rescheduled to **October 15, 2025 at 2:00 p.m.,** by Zoom videoconference (**ZOOM Meeting ID:** 161 366 1817/**Password:** 924619) before Judge Jacqueline Scott Corley. A case management conference statement shall be filed seven days prior to the conference. Any request to reschedule the above date shall be made in writing, and, if possible, by stipulation. For a copy of Judge Corley's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Dated: July 24, 2025

Mark B. Busby
Clerk, United States District Court

By: _____

Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

United States District Court
Northern District of California