IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGH EDMUNDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY, INC., THEOREM PARTNERS, LLC, and DOES 1-100,<br><br>Defendants. | CASE NO. 3:25-cv-06029-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

This Court, having received Defendants Pagaya Technologies, Ltd., Theorem Technology, Inc., and Theorem Partners, LLC's Motion to Compel Arbitration, and having considered all of the papers submitted by the parties, the relevant authorities, and the oral arguments of counsel, hereby ORDERS that:

Defendants' Motion to Compel Arbitration is GRANTED. Plaintiff Hugh Edmundson shall arbitrate his claims. This action is STAYED pending completion of the arbitration. 9 U.S.C. § 3.

**IT IS SO ORDERED.**

DATED: _____          _____

Hon. Jacqueline Scott Corley
United States District Judge

Gibson, Dunn & Crutcher LLP