GIBSON, DUNN & CRUTCHER LLP
BRIAN C. ASCHER, *pro hac vice forthcoming*
    bascher@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone:    212.351.4000
Facsimile:    212.351.4035

KATHERINE V.A. SMITH, SBN 247866
    ksmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

GEORGE B. ADAMS III, SBN 321904
    gadams@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, California 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306


Attorneys for Defendants
PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY,
INC., THEOREM PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGH EDMUNDSON, an individual,<br><br>        Plaintiff,<br><br>     v.<br><br>PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY, INC., THEOREM PARTNERS, LLC, and DOES 1-100,<br><br>        Defendants. | CASE NO. 3:25-cv-06029-JSC<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

# PROOF OF SERVICE

I, Courtney M. Johnson, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. On July 24, 2025, I caused the following document(s) to be served:

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING ARBITRATION;**

**DECLARATION OF KATHERINE V.A. SMITH IN SUPPORT OF MOTION FOR ORDER COMPELLING ARBITRATION;**

**DECLARATION OF NATALIE WILMORE IN SUPPORT OF MOTION FOR ORDER COMPELLING ARBITRATION; AND**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ORDER COMPELLING ARBITRATION**

on the parties stated below, by the following means of service:

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN LLP<br>Diane Doolittle<br>555 Twin Dolphin Dr,<br>Redwood Shores, CA 94065<br>dianedoolittle@quinnemanuel.com | *Attorneys for Plaintiff Hugh Edmundson* |
| Ryan Landes<br>Marie Hayrapetian<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>ryanlandes@quinnemanuel.com<br>mariehayrapetian@quinnemanuel.com | |
| Michael Ethan Liftik<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>michaelliftik@quinnemanuel.com | |

☒ **BY UNITED STATES MAIL:** I caused a true copy to be placed in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and caused the envelope to be placed for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the

Gibson, Dunn & Crutcher LLP

2

foregoing is true and correct.

Executed on July 24, 2025.

_____
Courtney M. Johnson

Gibson, Dunn &
Crutcher LLP

PROOF OF SERVICE