IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGH EDMUNDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY, INC., THEOREM PARTNERS, LLC, and DOES 1-100,<br><br>Defendants. | CASE NO. 3:25-cv-06029-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF
CASE NO. 3:25-CV-06029-JSC

This Court, having received Defendants Pagaya Technologies, Ltd., Theorem Technology, Inc., and Theorem Partners, LLC's Motion to Disqualify Quinn Emanuel Urquhart & Sullivan LLP as Counsel for Plaintiff ("Motion"), and having considered all of the papers submitted by the parties, the relevant authorities, and the oral arguments of counsel, hereby ORDERS that:

Defendants' Motion is GRANTED. Quinn Emanuel Urquhart & Sullivan LLP is disqualified as counsel for Plaintiff.

**IT IS SO ORDERED.**

DATED: _____       _____

Hon. Jacqueline Scott Corley
United States District Judge

Gibson, Dunn &
Crutcher LLP