# EXHIBIT D

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5007**

WRITER'S EMAIL ADDRESS
**dianedoolittle@quinnemanuel.com**

April 14, 2025

<u>**CONFIDENTIAL**</u>
<u>**VIA EMAIL**</u>
**OSNYDER@GIBSONDUNN.COM**
**BASCHER@GIBSONDUNN.COM**
**TSAMANTA@GIBSONDUNN.COM**
**GADAMS@GIBSONDUNN.COM**

Orin Snyder
Brian C. Ascher
Tina Samanta
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193

George B. Adams III
One Embarcadero Center Suite 2600
San Francisco, CA  94111-3715

Re:    *Hugh Edmundson*

Dear Orin:

We are responding to your letter dated March 28, 2025.  Needless to say, we disagree with the positions set forth in your letter.  Pagaya and Theorem's supposed grounds for terminating Mr. Edmundson for cause are entirely without merit.  Even if your allegations were true—and they are not—they fail to satisfy the high threshold required to establish "cause" under Mr. Edmundson's employment agreement.

More broadly, the letter is riddled with inaccuracies and mischaracterizations, and reads as yet another attempt to pressure and retaliate against an SEC whistleblower.  And your suggestion of a conflict on the part of Quinn Emanuel is false and inaccurate.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

That said, we note your stated willingness to engage in settlement discussions.  While we are concerned that such discussions will not be approached in good faith by Pagaya, we remain open to hearing your proposal.  Rather than continuing to exchange letters, we believe it would be most efficient to discuss matters by phone.  Please let us know your availability this week.


Respectfully,

Diane M. Doolittle