# EXHIBIT 2

*PUBLIC DOCUMENT*
*EXHIBIT FILED UNDER SEAL*