# EXHIBIT 3

*PUBLIC DOCUMENT*
*EXHIBIT FILED UNDER SEAL*