# EXHIBIT 4

*PUBLIC DOCUMENT*
*EXHIBIT FILED UNDER SEAL*