# EXHIBIT 5

*PUBLIC DOCUMENT*
*EXHIBIT FILED UNDER SEAL*