# EXHIBIT 6

| | |
|---|---|
| **From:** | Kimberly Carson <kimberlycarson@quinnemanuel.com> |
| **Sent:** | Friday, January 3, 2025 9:33 AM |
| **To:** | Eric Watson; Natalie Wilmore |
| **Subject:** | INVITATION: QE New York: New View, Same Vision |

Hi Eric and Natalie-

Happy New Year! QE recently (finally!) moved to a new NY office location, and we are having an open house for partners and trusted clients. We'd love to host you if you happen to be in town and free to attend. Information and RSVP link are below.

Best,

Kim

---

Join us in celebrating Quinn Emanuel's new Manhattan location at our Open House on January 30th.

Please RSVP at the link below and let me know if you have any questions. We hope to see you there!

---

# RSVP HERE >>> https://news.quinnemanuel.com/nyo-openhouse

**Date:** Thursday, January 30th
**Time:** 6-9 pm
**Location:** 295 5th Ave, 9th Floor

Light hors d'oeuvres and cocktails will be served.

1



**Kimberly Carson**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue, 10th Floor
New York, NY 10016
212-849-7309 Office / 636-288-5974 Cell
kimberlycarson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.