# EXHIBIT 7

**Subject:** RE: Question
**Date:** Tuesday, January 14, 2025 at 1:54:44 PM Eastern Standard Time
**From:** Kimberly Carson
**To:** Eric Watson

Hi Eric- I just got back from my meeting. What is a good number to reach you at? Best, Kim

**Kimberly Carson**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue, 10th Floor
New York, NY 10016
212-849-7309 Office / 636-288-5974 Cell
kimberlycarson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Kimberly Carson
**Sent:** Tuesday, January 14, 2025 11:25 AM
**To:** Eric Watson <eric.watson@pagaya.com>
**Subject:** RE: Question

Yes. I'm in a client meeting until about 1pm ET, then free to chat. I can call you as soon as out of meeting.

**Kimberly Carson**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue, 10th Floor
New York, NY 10016
212-849-7309 Office / 636-288-5974 Cell
kimberlycarson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Eric Watson <eric.watson@pagaya.com>
**Sent:** Tuesday, January 14, 2025 11:24 AM
**To:** Kimberly Carson <kimberlycarson@quinnemanuel.com>
**Subject:** Re: Question

You have time to connect today?

**From:** Kimberly Carson <kimberlycarson@quinnemanuel.com>
**Date:** Wednesday, January 8, 2025 at 9:02 PM
**To:** Eric Watson <eric.watson@pagaya.com>

**Subject:** Re: Question

Hi Eric- so sorry I missed this today. Is tomorrow too late to connect? I'm flexible tomorrow.

> On Jan 8, 2025, at 12:31 PM, Eric Watson <eric.watson@pagaya.com> wrote:
>
> **[EXTERNAL EMAIL from eric.watson@pagaya.com]**
>
> ---
>
> Do you have a few minutes to connect today on an employment issue?
>
> This email and any attachments may contain proprietary and confidential information intended solely for the recipient. If you are not the intended recipient and/or have received this email in error, please notify the sender immediately, do not disclose its contents to others, and delete the email and its attachments. Any unauthorized use or disclosure is strictly prohibited.

This email and any attachments may contain proprietary and confidential information intended solely for the recipient. If you are not the intended recipient and/or have received this email in error, please notify the sender immediately, do not disclose its contents to others, and delete the email and its attachments. Any unauthorized use or disclosure is strictly prohibited.