# EXHIBIT 9

 **PAGAYA**                                    **Natalie Wilmore <natalie.wilmore@pagaya.com>**

## Review of Separation & Release Agreement

**Kimberly Carson** <kimberlycarson@quinnemanuel.com>                    Fri, Jan 17, 2025 at 3:52 PM
To: Natalie Wilmore <natalie.wilmore@pagaya.com>
Cc: Eric Watson <eric.watson@pagaya.com>

Hi Eric and Natalie- Unfortunately, we are not in a position to assist Pagaya on the below. I value your relationship and I hope for the chance to work with you on the next one. Thanks, Kim

On Jan 16, 2025, at 6:55 PM, Natalie Wilmore <natalie.wilmore@pagaya.com> wrote:

**[EXTERNAL EMAIL from natalie.wilmore@pagaya.com]**

Hi Kimberly, hope you're doing well! We are hoping you might be able to take a quick look at the attached template Separation & Release Agreement.

We recently completed an acquisition of 55 employees, a number of which we will need to let go in the near future.  Employees are located in CA, CO, CT, FL, MA, NJ, NY, VA and WA.  It's the business's strong preference to make the agreements as short and streamlined as possible.  To that end, I've taken our standard form (which was vetted by outside counsel) and done some cleanup, as well as highlighted a few sections that I think we can remove.  Would love your opinion on these.

Happy to discuss live if that's easier.  Thanks in advance for your feedback!

Natalie Wilmore
Deputy General Counsel & Corporate Secretary
M: (860) 301-0360
90 Park Avenue, 19th fl
New York, NY

www.pagaya.com

This email and any attachments may contain proprietary and confidential information intended solely for the recipient. If you are not the intended recipient and/or have received this email in error, please notify the sender immediately, do not disclose its contents to others, and delete the email and its attachments. Any unauthorized use or disclosure is strictly prohibited.
<General Release and Settlement Agreement (THM TEMPLATE).docx>