Docusign Envelope ID: 2C0FA5D0-0683-445B-8512-B84E86E15185

GIBSON, DUNN & CRUTCHER LLP
BRIAN C. ASCHER, *pro hac vice*
　　bascher@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone:　　212.351.4000
Facsimile:　　212.351.4035

KATHERINE V.A. SMITH, SBN 247866
　　ksmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California　90071-3197
Telephone:　　213.229.7000
Facsimile:　　213.229.7520

GEORGE B. ADAMS III, SBN 321904
　　gadams@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, California 94111-3715
Telephone:　　415.393.8200
Facsimile:　　415.393.8306

Attorneys for Defendants
PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY,
INC., THEOREM PARTNERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGH EDMUNDSON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY, INC., THEOREM PARTNERS, LLC, and DOES 1-100,<br><br>　　　　　Defendants. | CASE NO. 3:25-cv-06029-JSC<br><br>**DECLARATION OF ERIC WATSON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PARTS OF DEFENDANTS' MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF** |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF ERIC WATSON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE
MOTION TO SEAL
CASE NO. 3:25-CV-06029-JSC

I, Eric Watson, declare as follows:

I am the Chief Legal Officer at Pagaya Technologies Ltd. ("Pagaya"). In this position, I have access to the business records and data in this declaration. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

1. In July 2024, Pagaya engaged the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn") to advise Pagaya regarding the enforcement of the non-compete and non-solicitation provisions in Pagaya's standard employment agreement against several departing employees located in New York and at least one other state.

2. In connection with Pagaya's Motion to Disqualify Quinn as Counsel for Plaintiff, Pagaya submitted four invoices for work performed by Quinn as Exhibits 2-5 to the Declaration of Eric Watson. These invoices include descriptions of legal work and analysis that Quinn performed at Pagaya's request, including for ongoing litigation and confidential settlements with several departing employees.

3. Under Pagaya's settlement agreement with the departing employees, Pagaya agreed to keep confidential the fact of and the terms of the agreement unless disclosed to a court under seal.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at ⎯New York⎯, ⎯⎯New York⎯⎯ on this ⎯31⎯st day of July 2025.



Eric Watson

Gibson, Dunn & Crutcher LLP

DECLARATION OF ERIC WATSON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE
MOTION TO SEAL
CASE NO. 3:25-CV-06029