IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGH EDMUNDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY, INC., THEOREM PARTNERS, LLC, and DOES 1-100,<br><br>Defendants. | CASE NO. 3:25-cv-06029-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PARTS OF DEFENDANTS' MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF** |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PARTS OF DEFENDANTS' MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF
CASE NO. 3:25-CV-06029-JSC

Gibson, Dunn & Crutcher LLP

This Court, having received Defendants Pagaya Technologies, Ltd., Theorem Technology, Inc., and Theorem Partners, LLC's Administrative Motion to Seal Parts of Defendants' Motion to Disqualify Quinn Emanuel Urquhart & Sullivan LLP as Counsel for Plaintiff ("Motion"), and having considered all of the papers submitted by the parties, the relevant authorities, and the oral arguments of counsel, hereby ORDERS that:

Defendants' Motion is GRANTED and it is hereby ORDERED that Exhibits 2–5 submitted with the Declaration of Eric Watson in Support of Defendants' Motion to Disqualify and page 4, lines 6–8 of the Motion to Disqualify shall be filed under seal.

**IT IS SO ORDERED.**

DATED: _____          _____

Hon. Jacqueline Scott Corley
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PARTS OF DEFENDANTS' MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF
CASE NO. 3:25-CV-06029-JSC

Gibson, Dunn & Crutcher LLP