GIBSON, DUNN & CRUTCHER LLP
BRIAN C. ASCHER, *pro hac vice*
   bascher@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone:    212.351.4000
Facsimile:    212.351.4035

KATHERINE V.A. SMITH, SBN 247866
   ksmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

GEORGE B. ADAMS III, SBN 321904
   gadams@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, California 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306


Attorneys for Defendants
PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY,
INC., THEOREM PARTNERS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGH EDMUNDSON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY, INC., THEOREM PARTNERS, LLC, and DOES 1-100,<br><br>    Defendants. | CASE NO. 3:25-cv-06029-JSC<br><br>**PROOF OF SERVICE** |

Gibson, Dunn &
Crutcher LLP

PROOF OF SERVICE

## PROOF OF SERVICE

I, Courtney M. Johnson, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. On July 31, 2025, I caused the following document(s) to be served:

**DEFENDANTS' NOTICE OF MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF;**

**DECLARATION OF KATHERINE V.A. SMITH IN SUPPORT OF MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF;**

**DECLARATION OF ERIC WATSON IN SUPPORT OF MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF;**

**[PROPOSED] ORDER GRANTING MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF;**

**DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PARTS OF DEFENDANTS' MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF;**

**[UNDER SEAL] DEFENDANTS' NOTICE OF MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF;**

**[UNDER SEAL] EXHIBIT 2 TO DECLARATION OF ERIC WATSON IN SUPPORT OF MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF;**

**[UNDER SEAL] EXHIBIT 3 TO DECLARATION OF ERIC WATSON IN SUPPORT OF MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF;**

**[UNDER SEAL] EXHIBIT 4 TO DECLARATION OF ERIC WATSON IN SUPPORT OF MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF;**

**[UNDER SEAL] EXHIBIT 5 TO DECLARATION OF ERIC WATSON IN SUPPORT OF MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF;**

**DECLARATION OF ERIC WATSON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PARTS OF DEFENDANTS' MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF;**

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PARTS OF DEFENDANTS' MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF**

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE

on the parties stated below, by the following means of service:

QUINN EMANUEL URQUHART & SULLIVAN LLP
Diane Doolittle
555 Twin Dolphin Dr,
Redwood Shores, CA 94065
dianedoolittle@quinnemanuel.com

*Attorneys for Plaintiff Hugh Edmundson*

Ryan Landes
Marie Hayrapetian
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
ryanlandes@quinnemanuel.com
mariehayrapetian@quinnemanuel.com

Michael Ethan Liftik
1300 I Street NW, Suite 900
Washington, DC 20005
michaelliftik@quinnemanuel.com

☒ **BY UNITED STATES MAIL:** I caused a true copy to be placed in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and caused the envelope to be placed for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 31, 2025.

_____
Courtney M. Johnson

Gibson, Dunn & Crutcher LLP

3

PROOF OF SERVICE