QUINN EMANUEL URQUHART & SULLIVAN, LLP
Diane Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Michael Liftik (CA Bar No. 232430)
michaelliftik@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone:     (202) 538-8000
Facsimile:     (202) 538-8100

Marie Hayrapetian (CA Bar No. 315797)
mariehayrapetian@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Hugh Edmundson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH EDMUNDSON, an individual,<br><br>   Plaintiff,<br><br>  vs.<br><br>PAGAYA TECHNOLOGIES LTD.,<br>THEOREM TECHNOLOGY, INC.,<br>THEOREM PARTNERS, LLC, and DOES 1-100,<br><br>   Defendants. | Case No. 3:25-cv-06029-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PARTS OF DEFENDANTS' MOTION TO DISQUALIFY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL FOR PLAINTIFF** |

Now before the Court is Defendants Pagaya Technologies Ltd. ("Pagaya"), Theorem Technology, Inc., and Theorem Partners, LLC's (collectively, "Defendants") Administrative Motion to Seal Parts of Defendants' Motion to Disqualify Quinn Emanuel Urquhart & Sullivan LLP as Counsel for Plaintiff (the "Motion"). Having reviewed the Motion and accompanying memoranda, exhibits, declarations, the arguments of counsel, and the relevant authorities, the Court hereby orders that the Motion is **GRANTED** and that Exhibits 2–5 submitted with the Declaration of Eric Watson in Support of Defendants' Motion to Disqualify and page 4, lines 6–8 of the Motion shall remain filed under seal.

**IT IS SO ORDERED.**

Dated _____, 2025

_____

HONORABLE JACQUELINE SCOTT CORLEY

UNITED STATES DISTRICT JUDGE