1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Diane Doolittle (CA Bar No. 142046)
2  dianedoolittle@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
3  Redwood Shores, California 94065
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100

5  Michael Liftik (CA Bar No. 232430)
   michaelliftik@quinnemanuel.com
6  1300 I Street NW, Suite 900
   Washington, D.C. 20005
7  Telephone:    (202) 538-8000
   Facsimile:    (202) 538-8100
8
   *Attorneys for Plaintiff Hugh Edmundson*
9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

| HUGH EDMUNDSON, an individual, | Case No. 3:25-cv-06029-JSC |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED R. CIV. P. 41** |
| vs. | |
| PAGAYA TECHNOLOGIES LTD., THEOREM TECHNOLOGY, INC., THEOREM PARTNERS, LLC, and DOES 1-100, | |
| Defendants. | |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Hugh Edmundson, an individual, voluntarily dismisses this action without prejudice against Pagaya Technologies Ltd., Theorem Technology, Inc., Theorem Partners, LLC, and Does 1-100.

DATED:  August 7, 2025                           QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Ryan Landes
*Attorneys for Plaintiff*